NO









NO. 12-09-00176-CR

NO. 12-09-00177-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

TONY FITZGERALD PRICE,

APPELLANT                                                     '     APPEALS
FROM THE 217TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     ANGELINA
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM
OPINION

PER
CURIAM

            Appellant
has filed a motion to dismiss these appeals.  The motion is signed by Appellant
and his counsel.  No opinion has been delivered in these appeals.  Accordingly,
Appellant’s motion to dismiss is granted, and these appeals are dismissed. 
See Tex. R. App. P. 42.2(a).

Opinion delivered August 25, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)